**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SANDRA E. KUCK,

    Plaintiff,                                                                    Case No.: 1:26-cv-05809

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|-----|------------|
| 1 | 范书柜收纳 |
| 2 | guoruikai33 |
| 3 | Haizhilan home decoration project |
| 4 | HeNanJiuQuanLeShangMao |
| 5 | HYXNNDZSW |
| 6 | PaiWeiYeYa |
| 7 | AngelGift |
| 8 | zhuzhouhuixiashangmaoyouxiangongsi |
| 9 | GuangZhouYueRanDianShangYouXianGongSi |
| 10 | Saifkastore |
| 11 | Love Fashion Live |
| 12 | GOOD PAPA |
| 13 | LOMSIOY |
| 14 | JSJIANJIN |
| 15 | artsselling |
| 16 | shengnuoweimaoyiyouxiangongsi |
| 17 | paintbynumbershome.com |
| 18 | diamondpaintingpro.com |
| 19 | maddycharts.com |
| 20 | maxnoveltypbn.com |
| 21 | diamondspaintingfactory.com |

1

2