AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.       DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**

1) Upon initiation of action,
mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
mail copy to Register of Copyrights

3) Upon termination of action,
mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court      5) Case File Copy

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Sandra E. Kuck

                Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A

                Defendant.

Case No.:
1:26−cv−05809

Honorable Georgia N.
Alexakis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 15, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: Pursuant to Plaintiff's notice of voluntary dismissal [14] and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this matter is dismissed without prejudice. The Court vacates the 7/21/2026 status hearing. Civil case terminated. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.



A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ B. IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
July 16, 2026

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-362-311**

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 13, 2023

## Title

**Title of Work:** Angel Kisses

## Completion/Publication

**Year of Completion:** 1998
**Date of 1st Publication:** January 31, 1999
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra E. Kuck
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL, 33498

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838

## Certification

**Name:** David Denholm
**Date:** July 19, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-361-021

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 05, 2023

## Title
 

        **Title of Work:**   Kissing Kitty

## Completion/Publication

        **Year of Completion:**   2008
     **Date of 1st Publication:**   January 31, 2009
  **Nation of 1st Publication:**   United States

## Author

         •      **Author:**   Sandra E. Kuck
     **Author Created:**   2-D artwork
         **Citizen of:**   United States

## Copyright Claimant

    **Copyright Claimant:**   Sandra E. Kuck
                                   10318 Buena Ventura Drive, Boca Raton, FL, 33498

## Rights and Permissions

    **Organization Name:**   Looking Good Licensing, LLC.
              **Name:**   Paul Wheeler, Jr.
            **Email:**   paul@lookinggoodlicensing.com
      **Telephone:**   (802)362-4882
   **Alt. Telephone:**   (860)248-9838

## Certification

             **Name:**   David Denholm
             **Date:**   July 19, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-361-008

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 05, 2023

---

## Title

**Title of Work:** Tender Love

## Completion/Publication

**Year of Completion:** 1999
**Date of 1st Publication:** January 31, 2000
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra E. Kuck
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL., 33498

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838

## Certification

**Name:** David Denholm
**Date:** July 19, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-362-329

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 13, 2023

---

## Title

**Title of Work:** Enchanted Cottage

## Completion/Publication

**Year of Completion:** 1995
**Date of 1st Publication:** January 31, 1996
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra E. Kuck
 **Author Created:** 2-D artwork
 **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL, 33498

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838

## Certification

**Name:** David Denholm
**Date:** July 19, 2023

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-361-874**

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 11, 2023

---

### Title

**Title of Work:** Winter Angel

### Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** January 31, 2001
**Nation of 1st Publication:** United States

### Author

- **Author:** Sandra E. Kuck
  **Author Created:** 2-D artwork
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Sandra E. Kuck
10318 Buena Ventura Drive, Boca Raton, FL, 33498

### Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838

### Certification

**Name:** David Denholm
**Date:** July 19, 2023

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-362-325

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 13, 2023

---

### Title

| | |
|---|---|
| **Title of Work:** | Big Sister |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |
| **Date of 1st Publication:** | January 31, 2006 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Sandra E. Kuck |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 19, 2023 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-361-028

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 05, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Guardian Angel |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |
| **Date of 1st Publication:** | January 31, 2006 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Sandra E. Kuck |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 19, 2023 |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-362-314**

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 13, 2023

---

### Title

| | |
|---|---|
| **Title of Work:** | Angel's Whisper |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1997 |
| **Date of 1st Publication:** | January 31, 1998 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Sandra E. Kuck |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 19, 2023 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-362-331**

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 13, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Gifts from an Angel |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1995 |
| **Date of 1st Publication:** | January 31, 1996 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Sandra E. Kuck |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sandra E. Kuck |
| | 10318 Buena Ventura Drive, Boca Raton, FL, 33498 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 19, 2023 |

Page 1 of 2

